ACCEPTED
06-15-00060-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/3/2015 11:36:44 AM
DEBBIE AUTREY
CLERK

No. 06-15-00060-CV

## THE STATE OF TEXAS

### COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/3/2015 11:36:44 AM
DEBBIE AUTREY
Clerk

### SIXTH DISTRICT OF TEXAS AT TEXARKANA

SHARLEEN WILSON ALLEN, *Appellant,*

vs.

BYRON WILSON, *Appellee.*

## REQUEST FOR EXTENSION OF TIME
## TO FILE APPELLANT'S APPEAL BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Appellant and respectfully requests a two-week extension of time in which to file Appellant's Appeal brief. This is a first request for extension of time. The Appellant's brief is currently due December 7, 2015. If this extension request is granted, Appellant's Appeal brief will be due December 21, 2015.

The Appellant submits to the Court the following facts in support of Appellant's request for a two-week extension of time to file Appellant's Brief.

- The responsibility for completing Appellant's Brief has been assigned to the undersigned attorney who has entered his appearance in this Appeal on December 2, 2015.
- While Appellant's counsel have been diligent in preparation of the Brief, council was informed on December 2 that the Clerk's Record was too large to be transmitted to counsel by email and was instead being mailed on a CD to counsel from the Appellate Court Clerk.
- To complete Appellant's Brief with proper citations to the page numbers of the Clerk's Record, Appellant requests this extension of time to allow for the receipt of the Clerk's Record from the Court.
- Counsel expects to receive the Clerk's Record in the next few days but possibly not before the current due date of December 7 and therefore respectfully requests this two-week extension.

Respectfully submitted,

By: /s/ Charles S. Cotropia
     Charles S. Cotropia
     State Bar No. 4858600
     ccotropia@sidley.com
     2001 Ross Avenue, Suite 3600
     Dallas, Texas 75201
     Telephone: (214) 981-3300
     Facsimile: (214) 981-3400

     ATTORNEY FOR SHARLEEN WILSON
     ALLEN

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served upon all parties or their counsel of record in accordance with the Texas Rules of Civil Procedure on the 3rd day of December, 2015.

/s/ Charles S. Cotropia
Charles S. Cotropia